PEOPLE v MEISSNER. Appeal from Ingham, Jack W. Warren, J. Submitted Division 2 April 6, 1972, at Lansing. (Docket No. 11450.) Decided May 3, 1972. Leave to appeal denied, 388 Mich 752.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Raymond L. Scodeller,* Prosecuting Attorney, and *James R. Ramsey,* Assistant Prosecuting Attorney, for the people.

*H. James Starr,* for defendant on appeal.

Before: QUINN, P. J., and V. J. BRENNAN and TARGONSKI, JJ.

MEMORANDUM OPINION. Defendant was tried before a jury and convicted of assault and battery, MCLA 750.81; MSA 28.276. He was sentenced and he appeals.

An examination of the briefs and record discloses no prejudicial error.

Affirmed.